```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
            In the Matter of
         ARBITRATION OF DISPUTES,

              between                              JUDGMENT
                                                   07-CV- 3542 (CPS)
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES RETIREMENT FUND,
UNITED HERE!

                            Petitioners,

         - against -


STAINLESS PARTNERS, INC. D/B/A WORLD
CLEANERS,


                            Respondent.
----------------------------------------------------------------X
----------------------------------------------------------------X
            In the Matter of
         ARBITRATION OF DISPUTES,

              between                              07-CV- 3545 (CPS)

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES RETIREMENT FUND,
UNITED HERE!

                            Petitioner,

         - against -


JUNG SUNG LAUNDRY CORP.,


                            Respondent.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on October 31, 2007, confirming the Arbitration Awards; denying the motions for default judgment; and directing the Clerk of Court to enter judgment for the

petitioners, in the amount of $6,690.64 against Stainless Partners, Inc., d/b/a as World Cleaners (07-CV- 3542) and $42,012.56 against Jung Sung Laundry, Inc. (07–CV- 3545)

ORDERED and ADJUDGED that the Arbitration Awards are confirmed; that the motions for default judgment are denied; and that judgment is hereby entered for the petitioners, in the amount of $6,690.64 against Stainless Partners, Inc., d/b/a as World Cleaners (07-CV- 3542) and $42,012.56 against Jung Sun Laundry, Inc. (07-CV- 3545).

Dated: Brooklyn, New York
November 02, 2007

ROBERT C. HEINEMANN
Clerk of Court